JASON B RIVERA #189847
**Name and Prisoner/Booking Number**

Solano County Jail
**Place of Confinement**

2500 ClayBank Rd
**Mailing Address**

Fairfield CA 94533
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

MAY 20 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _AMC_
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Jason Rivera,
(Full Name of Plaintiff)      Plaintiff,

v.

(1) Listed AS # SL94
(Full Name of Defendant)

(2) _____

(3) _____

(4) Suisun City Police Dpt
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

2:19-cv-0920 EFB P

CASE NO. ~~2:19-cv-622-WBS-CKP~~
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☒ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Suisun City Police Dpt

## B. DEFENDANTS

1. Name of first Defendant: Listed # AS SL94. The first Defendant is employed as: Police Officer at _____.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: So Suisun City Police. The fourth Defendant is employed as: Police Officer Police Dpt at _____.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Civil Rights Violation Excessive force Federal Civil lawsuit pc. 1983.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 2-27-19 I got stopped by Suisun City Police Department I was placed under Arrest I was cooperative no Struggle and placed in Hand Cuffs SL-94 was present and 3 others & I need to subenoa them one officer that forced my Arm furword purpusly Had a Body camra on. very Agressivly and Hurt my Arm causeing me to scream. and cry out time it happen "0819" military time, Am-pm Gas station in Sui sun city California. Then I was Taken to Solano County Jail. please subenoa Body camva on officer. Discovery motion Thanx.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I took x-Rays At Claybank Jail Solano County Jail waiting for Results. I have major pain I cant sleep at night or lift or Reach Back 11

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Just Claim one Notheling happen.

3

# CLAIM II

1. State the constitutional or other federal civil right that was violated: Civil Rights Violation Excessive Force Federal law suit DC. 1983

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 2-27-2019 I Got Stopped By Suisun Police Department placed under Arrest. I was cooperative no struggle and placed in Hand Cuffs 5 Lay Officer was present and 3 others I need to Subenoa them. One officer that forced my Arm forword purpusly Had a "Body Camra on" And Agressivley and Hurt my Arm causeing me to Scream and cry out. time it happen 08 19" military Time. Am-pm- Gas Station in Suisun City California. Then I was taken to Solano County Jail. I was Booked into Jail. Please Subenoa Body Camra on officer. Discovery Motion. By Thanx.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I took X-Rays At Clay Bank Jail Solano County Jail waiting Results. I Have major pain. I cant sleep at night, or lift or Reach Back

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? Yes → ☒ Yes ☒ No JR
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Just Claim one nothing happen.

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Civil Rights Violation Excessive Force Federal civil lawsuit pc. 1983

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 2-27-2019 I got stoped by Suisun Police Department Under Arrest I was cooroperative no struggle and placed in Hand Cuffs. "5L 94" officer was present. Officer that forced my Arm forword Purpusly Had a "Body Camra" on. Very Agressivly and hurt my arm causeing me to scream and cry out. Time it happen "08/9" military time Am-pm Gas Station in Suisun City California. Then I was Taken to Solano County Jail. I was Booked in. Please subeona Body Camra on officer. Discovery motion.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I took X-Rays At Claybank Jail Solano County Jail waiting Results. I have major Pain I cant sleep at night or lift or Reach Back.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Just claim one nothering happen.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

Case 2:19-cv-00920-KJM-EFB   Document 1   Filed 05/20/19   Page 6 of 14

## E. REQUEST FOR RELIEF

State the relief you are seeking:

5 million Dollars pain-suffering Injury To my left arm- violation To Civil Rights Federal, Excessive Force. I took X-Rays in county jail Claybank. I'm waiting for results. Arm hurts painful I can't sleep, lift, Reach Back or pull. major pain Every movement To left arm. I'm ~~one~~ on pain meds now as of 4-1-2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-5-2019
          DATE

                                              SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

Jason Rivera #189847
Name and Prisoner/Booking Number

Solano County Jail
Place of Confinement

2500 Clay Bank Rd.
Mailing Address

Fairfield, CA 94533
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jason Rivera #189847,
(Full Name of Plaintiff)

　　　　Plaintiff,

　　　　v.

(1) Officer- Maccabe,
(Full Name of Defendant)
(2) Officer- Lindsey O'Brien,
(3) Officer- Zaragoza,
(4) Scott Heine- Officer,
　　　　Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.
Suisun City Police Department

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Suisun City California
   299 Marina Blvd AMPM Gas Station. Suisun City California.

Revised 3/15/2016　　　　　　　　　1

## B. DEFENDANTS

1. Name of first Defendant: Officer Maccabe. The first Defendant is employed as: Police Officer (Position and Title) at Patrol Field Officer - Poli (Institution)

2. Name of second Defendant: Lindsey OBrien. The second Defendant is employed as: Police Officer (Position and Title) at Patrol Field Officer - Police (Institution)

3. Name of third Defendant: Zaragoza. The third Defendant is employed as: Police Officer (Position and Title) at Patrol Field Officer - Police (Institution)

4. Name of fourth Defendant: Scott Heine. The fourth Defendant is employed as: Police Officer (Position and Title) at Patrol Field Officer - Police (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Jason Rivera v. Walburn, ET AL.
      2. Court and case number: 2:19-CV-00622-CKD
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Pending

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Excessive Force By Police Officer - Cruel-unusal Punishment - Pain Suffering

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 02-27-2019 at 10:46-11:33 am I was arrested for Breaking windows and Car Theft. I seen 3 Police Officers approch me "I cooperated and Did every thing they told me to do" I was placed in Hand Cuffs and sat on the Curb. After That "Officer" "Maccabe" From Suisun City Police pulls up and Excessivelly Forced my left arm Forward Causing To Injury my "left shoulder." He did have a "Body Camra on" I didn't Go To outside Hospital, I Got treated in County Jail ClayBank. "I Did Scream and cry out when He did it." No reason For "Officer Maccabe" To Do That I was Being Cooperative. The whole Time. no struggle. Please Subpeona Body Camra on Maccabe Officer Discovery Motion. I Do Request thanx. I was Takin To Jail after Incident.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Arthritis left shoulder X-Ray were Taken at Jail Im Being Treated for major pain. motrin pills X-Ray Results on 4-9-2019 on Going treatment plus-uncure-able injury.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: <u>Excessive Force By Police Officer - Cruel - Unusal Punishment - pain-suffering</u>

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 02-27-2019 at 10:46-11:33 AM I was arrested for Breaking windows and car theft. I seen 3 police officers aproch me "I cooperated and did everything they told me to do." I was placed in Hand cuffs and sat on the curb, after that "Officer "Maccabe" from Suisun city police pulls up and "Excessivly Forced my left arm forward causeing to injury my shoulder!" He did have a "Body camra" on!! I didn't go to outside Hospital, I got treated in County Jail Clay Bank. I did scream and cry out when He did it. "No Reason for officer Maccabe to do that" I was being coopertive the whole time no struggll. Please subpeona Body camra on Maccabe officer. Discovery motion I do Request Thanx. I was takin to Jail after incident.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Arthritis left Shoulder, X-Ray were Taken at Jail, I'm being treated for the major pain. Motrin Pills X-Ray Results on 4-9-2019 on going treatment. Plus un cureable injury. 🔺

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Civil Rights Violation Excessive Force Federal Civil law suit p.c. 1983.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 2-27-2019 I got stopped by Suisun police Department under arrest I was cooperative no struggle and placed in Hand Cuffs. "SL94" Officer was present and 3 others I need to subenoa them. one officer That forced my Arm forword purpusly Had a Body camra on. very Agressively and hurt my arm causeing me to scream. And cry out. Time it happen "0891" millitary time. AM-PM Gas station in Suisun city California, Then I was Taken to Solano County Jail. I was Booked in. please subenoa Body camra on officer. Discovery motion Thenx.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I took x-Rays at Claybank Jail Solano county Jail waiting Results. I have major pain I cant sleep at night or lift or Reach Back

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Just Claim one Nothing happen.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

5 million Dollars. Pain-suffering Injury to my left Arm- violation to civil Right Federal Excessive force. I took X-Ray in County Jail Claybank. I'm waiting for Results. Arm Hurts painful I can't sleep, lift up Reach or pull. Major pain Every movement to left Arm. I'm on pain meds now. As of 4-1-2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4-5-2019___
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

## E. REQUEST FOR RELIEF

State the relief you are seeking:

$5 million Dollars. Criminal Charges aginst officer maccabe. Excessive Force - pain suffering - Civil Rights Violation - Cruel unusal Punnishment. This injury is uncureable left Shoulder ~~~~ Arthritis caused By injury. Docter told me I can get it By injury. I'm in major Pain I'm on low Budget meds - motrin. Dosent releif pain. But Thats all They Give m this Jail. And For officer to be Fired Put out of office please Thanx.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-5-2019
                    DATE

                                                               /s/ signature
                                                      SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JASON RIVERA # 189847
2500 ClayBank Rd
Fairfield CA. 94533

**DEFENDANTS** MaCCabe, Lindsey OBrien, Zaragoza, Suisun City police Department Scott Heine

(b) County of Residence of First Listed Plaintiff Solano County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Solano County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
N/A

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** / **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act / ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations / ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act / ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | ☐ 751 Family and Medical Leave Act / ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| | | | ☐ 790 Other Labor Litigation | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | **FEDERAL TAX SUITS** | |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty **Other:** | **IMMIGRATION** | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause: Excessive Force. Causing injury - Cruel - unusal Punishment pain-Suffering

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND** $ 5 million
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___