UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON RIVERA, | No. 2:19-cv-920 EFB P |
| Plaintiff, | |
| v. | ORDER |
| SUISUN CITY POLICE DEPARTMENT, et al. | |
| Defendants. | |

Plaintiff, proceeding without counsel in this action brought pursuant to 42 U.S.C. § 1983, seeks leave to proceed in forma pauperis ("IFP") (ECF No. 2). His application indicates that he is incarcerated in Solano County Jail and contains a signed certificate (from an official at that facility) indicating that he has nothing in his institutional trust account. *Id.* at 2. The IFP application is dated April 3, 2019. *Id.* On May 20, 2019 – the date this action was opened – plaintiff filed a notice of change of address which indicates that he is no longer incarcerated. ECF No. 5. His non-incarceration is confirmed in the docket of a separate case – *Rivera v. Walburn*, No. 2:19-cv-622-WBS-CKD, at ECF No. 9. In that filing, dated May 13, 2019, the Solano County Sheriff's Office indicated that plaintiff was no longer incarcerated at the Solano County Jail and, as such, his account at that institution could not be garnished. *Id.*

/////

/////

1

Based on the foregoing, it is ORDERED that:

1. The Clerk is directed to send plaintiff a regular civil IFP application form;

2. Within thirty days from the date of service of this order, plaintiff must either submit a regular, non-prisoner IFP application or the full filing fee; and

3. Failure to comply with this order may result in a recommendation that this action be dismissed for failure to prosecute.

DATED: July 24, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE