UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON RIVERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUISUN CITY POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0920-EFB P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 8, 2020, the court ordered plaintiff to submit the necessary documents to effectuate service of process on defendant Maccabe through the United States Marshal. ECF No. 11. Plaintiff has not complied with that order. Although plaintiff submitted a form USM-285 and a summons, the documents were incomplete because they did not include an address for locating defendant for service of process. Further, plaintiff submitted only one partial copy of his complaint.

　　　Accordingly, IT IS HEREBY ORDERED that within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court along with the required documents, properly completed. Failure to comply with this order

/////

1

may result in an order of dismissal. With this order the Clerk of the Court shall provide to plaintiff a blank summons.

Dated: January 29, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| JASON RIVERA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUISUN CITY POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-0920-EFB P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

　　　Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

　　　　　__1__　completed summons form

　　　　　__1__　completed form USM-285

　　　　　__2__　copies of the May 20, 2019 endorsed complaint

DATED:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Plaintiff